# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY, as subrogee of Frank Feichter, | ) ) ) Case No: 1:18-cv-00344-WCL-SLC |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GREE USA, INC., | ) ) |
| Defendant. | ) |

## DISMISSAL ORDER

Pursuant to the Stipulation of Dismissal signed by counsel for Plaintiff Depositors Insurance Company as subrogee of Frank Feichter and Defendant Gree USA, Inc., it is hereby ordered that this cause is dismissed with prejudice, with each party to bear its own costs.

SO ORDERED this 13th day of January, 2020.

                                            s/William C. Lee
                                            Judge William C. Lee
                                            United States District Court